HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATHIE TERRELL,<br><br>　　　　Defendant. | Case No. C06-5278RBL<br><br>SHOW CAUSE ORDER |

The Complaint in this cause was filed on May 23, 2006. On May 25, 2006, the Court issued its standard Minute Order requiring the filing of a Joint Status Report to be filed on or before August 23, 2006. To date the plaintiff has not responded to the orders.

The plaintiff is directed to **SHOW CAUSE IN WRITING**, if any, they have, why they have not responded to the Orders of this Court and why this action should not be **DISMISSED** for Failure to Prosecute pursuant to FRCP 41(2)(b).

This **Complaint may be dismissed** without further notice to plaintiff on **April 2, 2007,** unless the plaintiff files the required Joint Status Report or otherwise shows good cause, in writing, before that date.

DATED this 19th day of March, 2007.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1